IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SHAWNA E. SANCHEZ, et al.,

    Plaintiffs,

vs.                                                             4:09-CV-420-SPM/WCS

LARRY CAMPBELL, et al.,

    Defendants.

_____/

## ORDER EXTENDING TIME

**THIS CAUSE** comes before the Court upon the Plaintiffs' Consented to Motion for Extension of Time to Respond to the Defendants' Motion to Dismiss (doc. 3), filed November 23, 2009. The Court finds this request to be reasonable. Accordingly, it is hereby

    **ORDERED AND ADJUDGED** as follows:

    1.     The Plaintiffs' Motion for Extension of Time (doc. 3) is *granted*.

    2.     Plaintiffs shall have until November 30, 2009, to respond to Defendants' Motion to Dismiss.

    **DONE AND ORDERED** this <u>twenty-fifth</u> day of November, 2009.

                                            *s/ Stephan P. Mickle*
                                            Stephan P. Mickle
                                            Chief United States District Judge