IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

|  |  |  |
|---|---|---|
| SHAWNA E. SANCHEZ, et al. | ) | CIVIL ACTION FILE NO. |
|  | ) | 4:09-CV-420-SPM/WCS |
| Plaintiffs, | ) |  |
|  | ) |  |
| v. | ) |  |
|  | ) | ORDER GRANTING |
| LARRY CAMPBELL, et al., | ) | STIPULATION TO |
|  | ) | SUBSTITUTE COUNSEL |
| Defendants. | ) |  |

Upon review of the Joint Stipulation for Substitution of Counsel (doc. 9), it is hereby

**ORDERED AND ADJUDGED** as follows**:**

1. Keith C. Tischler, of Jolly & Peterson, P.A., is removed as counsel of record for Defendant Morris Young, but shall continue as attorney for Defendant Larry Campbell.

2. Timothy M. Warner, of Warner & Wintrode, P.A., is entered as attorney of record for Defendant Morris Young.

DONE AND ORDERED this twenty-eighth day of January, 2010.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge